# United States District Court
## SOUTHERN DISTRICT OF ALABAMA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| V. | (For a Petty Offense) - Short Form |

**ASHLEY E. RAINES**
**THE DEFENDANT:**

CASE NUMBER:   MJ 07-0167-M

_Pro Se_
**Defendant's Attorney**

☒ THE DEFENDANT was found guilty as to violations **A2021397 and A2021398**

| Title & Section | Nature of Offense | Date Offense Concluded | Violation No.(s) |
|---|---|---|---|
| 18:7&13 | DUI/Under 21 | 7/17/06 | A2021397 |
| 18:7&13 | DUI with BAC of .08% | 7/17/06 | A2021398 |

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

**Assessment**            **Fine**
$25.00  each Violation

*Assessment to be paid immediately.

Defendant  ORDERED to complete DUI School not later than 2/13/08.

Defendant's Social Security No.: _____
Defendant's Date of Birth: _____
Defendant's Residence Address:
 4629 Golden Avenue
Mobile, AL   36619

November 14, 2007
Date of Imposition of Judgment

_Bert W. Milling, Jr._
BERT W. MILLING, JR.
UNITED STATES MAGISTRATE JUDGE

12/10/2007
Date